```
                 UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

ANGELA BAIN-SILVA,              )
                                )
    Plaintiff,                  )
                                )
        v.                      )   NO. 3:08-0099
                                )
TENNESSEE DEPARTMENT OF SAFETY, )   Judge Wiseman/Bryant
et al.,                         )
                                )
    Defendants.                 )

## O R D E R

The Chief Judge has reassigned this matter to the undersigned Magistrate Judge (Docket Entry No. 8). The initial case management conference shall remain as previously set on March 24, 2008 (Docket Entry No. 3). The time is changed to **11:30 a.m.** and the conference will be held in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties shall submit a proposed case management order three business days prior to March 24, 2008.

It is so **ORDERED**.

                                s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge